No. 97–7811. DIXON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–7976. WOLFF, AKA CAINE, AKA OSMAN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 97–8188. WRONKA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8446. WILLIAMS *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 97–8608. KELLER *v.* OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 97–8630. SANCHEZ *v.* SPRUNK, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 97–8632. ROBINSON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–8633. DONOHUE *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 97–8635. HOGAN *v.* KAISER. C. A. 10th Cir. Certiorari denied.

No. 97–8639. ALMEIDA *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 97–8642. JACKSON *v.* FLORIDA DEPARTMENT OF CORRECTIONS ET AL. Sup. Ct. Fla. Certiorari denied.

No. 97–8644. HORTON *v.* MISSISSIPPI STATE SENATE. C. A. 5th Cir. Certiorari denied.

No. 97–8646. GARNER *v.* HEAD. C. A. 5th Cir. Certiorari denied.

No. 97–8656. HARVEY *v.* GRIGAS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8658. MCLEOD *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.